# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CERWIN, ROSEMARIE D | § | Case No. 10-36362 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 7th Floor, Federal Building
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/01/2013 in Courtroom 4016,

> DuPage County Courthouse
> 505 North County Farm Road
> Wheaton, IL  60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CERWIN, ROSEMARIE D § Case No. 10-36362
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 86,742.46 |
| leaving a balance on hand of[1] | $ | 13,257.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 2,388.00 | $ 0.00 | $ 2,388.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,888.00 |
| Remaining Balance | | $ | 3,369.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,424.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA,N.A | $ 782.77 | $ 0.00 | $ 86.69 |
| 000002 | eCAST Settlement Corporation | $ 11,994.79 | $ 0.00 | $ 1,328.44 |
| 000003 | PRA Receivables Management, LLC | $ 305.59 | $ 0.00 | $ 33.84 |
| 000004 | eCAST Setllement, assignee of Citibank | $ 1,350.43 | $ 0.00 | $ 149.57 |
| 000005 | Chase Bank USA NA | $ 8,688.52 | $ 0.00 | $ 962.27 |
| 000006 | Chase Bank USA NA | $ 7,302.20 | $ 0.00 | $ 808.73 |

Total to be paid to timely general unsecured creditors   $ 3,369.54

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                Prepared By: /s/ David R. Brown
                                                  Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-36362-DRC
Rosemarie D Cerwin                                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman               Page 1 of 3              Date Rcvd: Feb 05, 2013
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2013.
```
db         +Rosemarie D Cerwin,   2015 South Finley Road,   Unit #1112,   Lombard, IL 60148-4849
aty        +Kralovec, Jambois & Schwartz,   Kralovec, Jambois & Schwartz,   120 N. Lasalle  Suite 2500,
             Chicago, IL 60602-2904
15994374    Advocate Good Samaritan Hospital,   P.O. Box 93548,   Chicago, IL 60673-3548
15994376    BAC Home Loans Servicing LP,   SV-314B,   PO Box 5170,   Simi Valley, CA 93062-5170
15994375   +Bac Home Loans Servicing,   450 American St,   Simi Valley, CA 93065-6285
15994377   +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
15994379   +Bank One/Chase,   N54 W 13600 Woodale Dr,   Mennomonee, WI 53051-7026
15994381   +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
15994380   +Chase,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
17962280    Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
16154467   +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15994382    Chase Home Finance LLC,   3415 Vision Drive,   Columbus, OH 43219-6009
15994383   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
16248032   +Fia Card Services, NA As Successor In Interest to,   Bank of America NA and Mbna America Bank,
             1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
17931257   +Five Lakes Agency, Inc.,   PO Box 80730,   Rochester, MI 48308-0730
15994386   +Good Samaritan Hospital,   3815 Higland Avenue,   Attn: Patient Accounts,
             Downers Grove, IL 60515-1590
15994387  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
           (address filed with court: Hsbc/carsn,   Po Box 15524,   Wilmington, DE 19850)
16255286   +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Jc Penney,
             POB 41067,   Norfolk VA 23541-1067
15994391   +Vanguard Community Management,   50 E Commerce,   Suite 110,   Schaumburg, IL 60173-5615
16380832    eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
16269380    eCAST Settlement Corporation, assignee,   of Citibank (South Dakota), N.A.,   POB 29262,
             New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15994384   +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2013 02:33:41     Gemb/jcp,   Attention: Bankruptcy,
             Po Box 103104,   Roswell, GA 30076-9104
15994385   +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2013 02:33:42     Gemb/jcp,   Po Box 981402,
             El Paso, TX 79998-1402
15994388   +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 06 2013 02:18:58      Kohls,   Attn: Recovery Dept,
             Po Box 3120,   Milwaukee, WI 53201-3120
15994389   +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 06 2013 02:18:58      Kohls,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lesley A Melega
aty             Springer Brown Covey Gaertner & Davis LLC
15994378       ##Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
15994390       ##Retail Services,   P.O. Box 15521,   Wilmington, DE 19850-5521
                                                                                   TOTALS: 2, * 0, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: froman              Page 2 of 3            Date Rcvd: Feb 05, 2013
                              Form ID: pdf006           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2013**               **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1           User: froman                Page 3 of 3                  Date Rcvd: Feb 05, 2013
                               Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2013 at the address(es) listed below:

          David R Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          Josephine J Miceli    on behalf of Creditor   Bank of America, N.A., Successor by Merger to BAC
           Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP Jo@johnsonblumberg.com
          Lorraine M Greenberg     on behalf of Debtor Rosemarie D Cerwin lgreenberg@greenberglaw.net,
           lmganda@gmail.com
          Nicole K Fishkin    on behalf of Trustee David R Brown, ESQ nfishkin@otrlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven C Lindberg    on behalf of Creditor   JP Morgan Chase Bank, N.A. bankruptcy@fallaw.com
                                                                                                                                                                                                                           TOTAL: 7