UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
ROSEMARIE D CERWIN                  §    Case No. 10-36362
                                    §
         Debtor(s)                  §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DAVID R. BROWN              , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/DAVID R. BROWN_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| 2015 South Finley Road |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | BAC Home Loans Servicing LP SV-314B PO Box 5170 Simi Valley, CA 93062-5170 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank One/Chase N54 W 13600 Woodale Dr Mennomonee, WI 53051 | | | | | |
| | Chase Attn: Bankruptcy Dept. Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Home Finance LLC 3415 Vision Drive Columbus, OH 43219-6009 | | | | | |
| | Vanguard Community Management 50 E Commerce Suite 110 Schaumburg, IL 60173 | | | | | |
| | 2329 S. MacArthur Boulevard Springfield, IL 62704 | | | | | |
| | Attn: Nancy Wright 26899 Northwestern Highway Suite 250 Southland, MI 48033 | | | | | |
| | National Subro Processing PO Box 660636 Dallas, TX 75265 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | | | | | |
| | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| Attn:  Lesley A. Melega<br>60 West Randolph Street<br>4th Floor<br>Chicago, IL 60601 | | | | | |
| Attn:  Lesley A. Melega<br>60 West Randolph Street<br>4th Floor<br>Chicago, IL 60601 | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Good Samaritan Hospital P.O. Box 93548 Chicago, IL 60673-3548 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/jcp Po Box 981402 El Paso, TX 79998 | | | | | |
| | Good Samaritan Hospital 3815 Higland Avenue Attn: Patient Accounts Downers Grove, IL 60515 | | | | | |
| | Hsbc/carsn Po Box 15524 Wilmington, DE 19850 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Kohls N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Retail Services P.O. Box 15521 Wilmington, DE 19850-5521 | | | | | |
| 5 | CHASE BANK USA NA | | | | | |
| 6 | CHASE BANK USA NA | | | | | |
| 2 | ECAST SETTLEMENT CORPORATION | | | | | |
| 4 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 1 | N. A CHASE BANK USA | | | | | |
| 3 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-36362 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
| Case Name: | ROSEMARIE D CERWIN | | | | Date Filed (f) or Converted (c): | 11/04/2010 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2010 |
| For Period Ending: | 09/23/2013 | | | | Claims Bar Date: | 01/10/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. condominium, purchased 2003; pp: Location: 2015 So | 118,000.00 | 0.00 | | 0.00 | FA |
| 2. cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 3. checking account at Prairie Trail Federal Credit U | 1,620.00 | 0.00 | | 0.00 | FA |
| 4. savings account at Prairie Trail Federal Credit Un | 40.00 | 0.00 | | 0.00 | FA |
| 5. household goods and furnishings; linens, dishes, p | 2,500.00 | 860.00 | | 0.00 | FA |
| 6. books, pictures | 200.00 | 0.00 | | 0.00 | FA |
| 7. necessary personal clothing; bible; textbooks; pic | 500.00 | 0.00 | | 0.00 | FA |
| 8. jewelry: | 500.00 | 0.00 | | 0.00 | FA |
| 9. fur coat | 500.00 | 0.00 | | 0.00 | FA |
| 10. personal injury claim and property damage claim ar | 0.00 | 0.00 | | 100,000.00 | FA |
| 11. 1998 Chrsyler Sebring (43,500 miles) | 4,425.00 | 2,025.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $128,285.00    $2,885.00    $100,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaits passage of bar date in January, 2012. Then claims review and final report to be completed.

Initial Projected Date of Final Report (TFR): 04/15/2012   Current Projected Date of Final Report (TFR): 12/15/2012

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-36362 | Trustee Name: DAVID R. BROWN |
| Case Name: ROSEMARIE D CERWIN | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1598 |
| | Checking Account |
| Taxpayer ID No: XX-XXX2767 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/11 | 10 | STATE FARM MUTUAL AUTOMOBILE INSURA<br>Bloomington, Illinois | personal injury settlement | 1142-000 | $100,000.00 | | $100,000.00 |
| 10/10/11 | 101 | CERWIN, ROSEMARIE D.<br>2015 South Finley RoadUnit 1112Lombard, IL 60148 | Personal Injury Suit exemption | 8100-002 | | $15,000.00 | $85,000.00 |
| 10/10/11 | 102 | KRALOVEC, JAMBOIS & SCHWARTZ<br>Attn: Lesley A. Melega60 West Randolph Street4th FloorChicago, IL 60601 | Attorney fees and expenses | | | $38,208.38 | $46,791.62 |
| | | Attn: Lesley A. Melega60 West Randolph Street4th FloorChicago, IL 60601 | Attorney fees and expenses ($33,333.33) | 3210-600 | | | |
| | | Attn: Lesley A. Melega60 West Randolph Street4th FloorChicago, IL 60601 | Attorney fees and expenses ($4,875.05) | 3220-000 | | | |
| 10/10/11 | 103 | ALLSTATE INSURANCE<br>National Subro ProcessingPO Box 660636Dallas, TX 75265 | subrogation claim | 4220-000 | | $800.00 | $45,991.62 |
| 10/10/11 | 104 | BLUE CROSS AND BLUE SHIELD OF ILLIN<br>2329 S. MacArthur BoulevardSpringfield, IL 62704 | subrogation payment | 4220-000 | | $7,300.00 | $38,691.62 |
| 10/10/11 | 105 | FIRST RECOVERY GROUP, LLC<br>Attn: Nancy Wright26899 Northwestern HighwaySuite 250Southland, MI 48033 | subrogation payment | 4220-000 | | $25,233.33 | $13,458.29 |
| 11/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $127.83 | $13,330.46 |
| 12/19/11 | | Reverses Adjustment OUT on 12/19/11 | Bank Charges<br>duplicate entry | 2600-003 | | ($127.83) | $13,458.29 |
| 12/19/11 | | UNION BANK | Bank Charges | 2600-003 | | $127.83 | $13,330.46 |
| 12/27/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $31.96 | $13,298.50 |
| 01/17/12 | | Reverses Adjustment OUT on 01/17/12 | Bank Charges<br>duplicate entry | 2600-003 | | ($31.96) | $13,330.46 |
| 01/17/12 | | UNION BANK | Bank Charges | 2600-003 | | $31.96 | $13,298.50 |

Page Subtotals: $100,000.00  $86,701.50

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-36362 | Trustee Name: DAVID R. BROWN |
| Case Name: ROSEMARIE D CERWIN | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1598 |
| | Checking Account |
| Taxpayer ID No: XX-XXX2767 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $31.96 | $13,266.54 |
| 02/03/12 | | Transfer to Acct # XXXXXX3473 | Bank Funds Transfer | 9999-000 | | $13,266.54 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $100,000.00 | $100,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $13,266.54 |
| Subtotal | $100,000.00 | $86,733.46 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $100,000.00 | $71,733.46 |

Page Subtotals:    $0.00    $13,298.50

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-36362 | Trustee Name: | DAVID R. BROWN |
| Case Name: | ROSEMARIE D CERWIN | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX3473 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX2767 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/23/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX1598 | Bank Funds Transfer | 9999-000 | $13,266.54 | | $13,266.54 |
| 02/10/12 | 1001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | $9.00 | $13,257.54 |
| 03/04/13 | 1002 | BROWN SPRINGER & DAVIS, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,388.00 | $10,869.54 |
| 03/04/13 | 1003 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,500.00 | $3,369.54 |
| 03/04/13 | 1004 | N. A CHASE BANK USA c/o Creditors Bankruptcy Service P O Box 740933 Dallas, Tx 75374 | Final Distribution | 7100-900 | | $86.69 | $3,282.85 |
| 03/04/13 | 1005 | ECAST SETTLEMENT CORPORATION POB 29262 New York, NY 10087-9262 | Final Distribution | 7100-900 | | $1,328.44 | $1,954.41 |
| 03/04/13 | 1006 | PRA RECEIVABLES MANAGEMENT, LLC As Agent Of Portfolio Recovery Assocs. c/o Jc Penney POB 41067 Norfolk, VA 23541 | Final Distribution | 7100-900 | | $33.84 | $1,920.57 |
| 03/04/13 | 1007 | ECAST SETTLEMENT CORPORATION, ASSIG (South Dakota), N.A. POB 29262 New York, NY 10087-9262 | Final Distribution | 7100-900 | | $149.56 | $1,771.01 |
| 03/04/13 | 1008 | CHASE BANK USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Distribution | | | $1,771.01 | $0.00 |
| | | CHASE BANK USA NA | Final Distribution ($962.27) | 7100-900 | | | |
| | | CHASE BANK USA NA | Final Distribution ($808.74) | 7100-900 | | | |
| | | | Page Subtotals: | | $13,266.54 | $13,266.54 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Case 10-36362    Doc 62    Filed 09/23/13    Entered 09/23/13 13:54:51    Desc Main
                              Document     Page 13 of 14

| | | |
|---|---:|---:|
| COLUMN TOTALS | $13,266.54 | $13,266.54 |
| Less: Bank Transfers/CD's | $13,266.54 | $0.00 |
| Subtotal | $0.00 | $13,266.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $13,266.54 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1598 - Checking Account | $100,000.00 | $71,733.46 | $0.00 |
| XXXXXX3473 - Checking Account | $0.00 | $13,266.54 | $0.00 |
|  | $100,000.00 | $85,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $100,000.00 |
| Total Gross Receipts: | $100,000.00 |